Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

NOVEMBER 4 2004.
BRUCE RIFKIN, Clerk
By _____ Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN LUIS LEON SHUMPERT a.k.a.<br>AMIR ABDUL MUHAIMIN,<br><br>    Defendant. | CR04 0495L<br><br>INDICTMENT<br><br>04-CR-00495-IND1 |

The Grand Jury charges that:

### COUNT ONE

(Transferring Counterfeit Obligations)

On or about June 29, 2004, at Seattle, within the Western District of Washington, RUBEN LUIS LEON SHUMPERT a.k.a. AMIR ABDUL MUHAIMIN did knowingly sell, transfer and deliver certain counterfeited obligations and other securities of the United States, that is: one counterfeit $100 bill with intent that the same be passed, published and used as true and genuine.

All in violation of Title 18, United States Code, Section 473.

### COUNT TWO

(Transferring Counterfeit Obligations)

On or about July 7, 2004, at Seattle, within the Western District of Washington, RUBEN LUIS LEON SHUMPERT a.k.a. AMIR ABDUL MUHAIMIN did knowingly sell, transfer and deliver certain counterfeited obligations and other securities of the

United States, that is: twenty counterfeit $100 bills with the intent that the same be passed, published and used as true and genuine.

All in violation of Title 18, United States Code, Section 473.

A TRUE BILL:

DATED: 4 November 2004

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
WILLIAM H. REDKEY, JR.
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970