____FILED ____ENTERED
____LODGED ____RECEIVED

NOV - 4 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR04 0495L |
| Plaintiff, | CASE NO. |
| v. | ORDER ISSUING BENCH WARRANT |
| RUBEN LUIS LEON SHUMPERT, aka AMIR ABDUL MUHAIMIN, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 4TH day of November, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES XX  NO __

04-CR-00495-ORD