1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | NO. CR04-495L |
| RUBEN LUIS SHUMPERT, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

This action is transferred to the Honorable Marsha J. Pechman as related to case number CR04-494P. All pleadings filed in the future shall bear case number CR04-495P.

DATED this 18th day of April, 2005.

s/Kerry Lane
by Kerry Lane, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER