UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No.: CR04-0495L<br>)<br>) DETENTION ORDER<br>)<br>) |
| Plaintiff, | |
| v. | |
| RUBEN LUIS LEON SHUMPERT,<br>a/k/a AMIR ABDUL MUHAIMIN, | |
| Defendant. | |

Offense charged:

Counts 1 and 2: Transferring Counterfeit Securities (18 U.S.C. § 473).

Date of Detention Hearing:   04/15/2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   In the Pretrial Services Report of April 15, 2005, numerous criminal violations have been found. In addition, a criminal records check reflects that the defendant is dangerous.

(2)   Little or no information is available regarding his ties to the community.

(3) Defendant stipulated to detention reserving the right to seek modification should new facts and circumstances be found.

(4) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of April, 2005.

s/ JAMES P. DONOHUE
United States Magistrate Judge