1

2

3                          UNITED STATES OF AMERICA
                        WESTERN DISTRICT OF WASHINGTON
4                                  AT SEATTLE

5    UNITED STATES,

6              Plaintiff,                      Case No. CR04-494P/CR04-495P

7    v.

8    RUBEN LUIS SHUMPERT,                      MINUTE ORDER

9              Defendant.

10

11          The following minute order is made by the direction of the court, the Honorable Marsha J.

12   Pechman:

13          The trial date is rescheduled for **August 21, 2006** at **9:00 a.m.**.

14

15          Filed and entered this 24th  day of July, 2006.

16

17

18                                 BRUCE RIFKIN, Clerk

19                                 By   /S/*Eileen Scollard*

20                                      Deputy Clerk

21

22

23

24

25

26   MINUTE ORDER