WA/WD PTS-SUPP
(7/02)

# United States District Court
## for
## Western District of Washington

### Report of Supplemental Violation

| Name of Defendant | Date |
|---|---|
| **Shumpert, Ruben Luis Leon** | November 14, 2006 |
| Name of Judicial Officer | Case Number |
| The Honorable James P. Donohue, U.S. Magistrate Judge | CR04-494MJP<br>CR04-495MJP |
| Original Offense | Date Supervision Commenced |
| Felon in Possession;<br>Transferring Counterfeit United States Currency | May 31, 2006 |

**Bond Conditions Imposed:**

6. Halfway house placement with release privileges as determined by Pretrial Services. You are required to make payments towards your subsistence at the halfway house in an amount determined by the halfway house, but not to exceed 25% of your income and/or the current daily rate. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.**
15. Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court.
18. You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
35. You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
43. Comply with all other court orders or terms of supervision.

## PETITIONING THE COURT

☒ To incorporate the violation contained in this petition in all future proceedings with the violation previously reported to the Court on November 9, 2006.

The Pretrial Services Officer believes the defendant has violated the following condition of supervision:

### Nature of Noncompliance

2. Ruben Luis Leon Shumpert has violated a special condition of bond that he surrender all current and expired passports and travel documents to the Court, by failing to surrender his United States passport as directed by Pretrial Services.



04-CR-00495-PET

## U.S. Pretrial Services Officer Recommendation:

That violation No. 2 above, be added to the previous petition presently before the Court dated November 9, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __14__ day of __Nov.__, 200_6_.

_signature_
Lonnie Kaman
Senior U.S. Pretrial Services Officer

Approved By:
Timothy W. McTighe
Chief U.S. Pretrial Services Officer

_signature_
Connie Smith
Deputy Chief U.S. Pretrial Services Officer

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**
☐ **The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)**
☒ **Incorporate the violation(s) contained in this petition in all future proceedings with the violations previously reported to the court**

_signature_
James P. Donohue, U.S. Magistrate Judge

__11/22/2006__
Date