Chief Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN LUIS LEON SHUMPERT,<br>a/k/a Amir Abdul Muhaimin,<br><br>Defendant. | NO. CR04-0495MJP<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT<br><br>NOTE ON MOTION CALENDAR:<br>September 12, 2014 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses without prejudice the Indictment charging Transferring Counterfeit United States Currency in violation of 18 U.S.C. § 473, that is presently pending against RUBEN LUIS LEON SHUMPERT.

//
//
//
//
//

Motion to Dismiss Indictment/*United States v. Ruben Luis Leon Shumpert*
CR04-0495MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | The government respectfully requests this Court to dismiss, without prejudice, the
2 | Indictment in the above-entitled cause.
3 | Dated this 4th day of September, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Todd L. Greenberg*
TODD L. GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
E-Mail: Todd.Greenberg4@usdoj.gov

Motion to Dismiss Indictment/*United States v. Ruben Luis Leon Shumpert*
CR04-0495MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

<u>s/Janet K. Vos</u>
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
Fax:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

Motion to Dismiss Indictment/*United States v. Ruben Luis Leon Shumpert*
CR04-0495MJP - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970